UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALEXANDER CHEPURKO | ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:12-cv-00786-TWP-MJD |
| vs. | ) ) ) | |
| IMPERIAL PETROLEUM, INC., E-BIOFUELS, LLC, CARAVAN TRADING, LLC, CIMA ENERGY GROUP, CIMA GREEN, LLC, AUGSBURG ENERGY, LLC, GREEN GREASE SOLUTIONS, LLC, TRU VERDE, LLC, ASTRA OIL COMPANY, LLC, PINNACLE BIOFUELS, INC, JOSEPH FURANDO, CHRISTINE FURANDO, KATIRINA TRACY, JEFFREY T. WILSON, GARY S. WILLIKY, CRAIG DUCEY, CHAD DUCEY, REID MILLER, STEVE BOLIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

**ADDENDUM TO THE COURT'S ORDER REGARDING CONSOLIDATION**

On August 5, 2014, the Court entered its order consolidating this matter into Cause No. 1:14-cv-377-TWP-MJD. [Dkt. 186.] That order incorrectly stated that no objection or response to the Order to Show Cause as to the consolidation of the two cases had been filed. [*Id.* at 1.] In fact, after 5:00 p.m. on August 4, 2014, Defendants Astra Oil Company, LLC and Reid Miller

[Dkt. 182] and Plaintiff-Relator Alexander Chepurko [Dkt. 183] filed responses to the Court's Order to Show Cause. The Court reviewed both responses and was unpersuaded that its order consolidating the two cases was incorrect. By this addendum, the Court corrects its erroneous statement that no responses to the Order to Show Cause had been filed. The Court acknowledges and considered those responses and its order consolidating the two matters stands notwithstanding the arguments set forth therein.

Dated:  08/12/2014

Distribution:

All Electronically Registered Counsel

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana